1

2

3

4

5

6

7

8

9

10          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
11                AT TACOMA

12   LENIER AYERS,

13                Plaintiffs,

14          v.                                    Case No. C10-5850RJB/JRC

15   KELLY CUNNINGHAM, *et al.*,                  ORDER ON PLEADINGS FILED
                                                  JANUARY 14, 2011
16                Defendants.

17

18

19          This matter comes before the Court on the Plaintiff's "Good Faith Notice of Request for

20   (SCC) Res. Acct. Balance Info." (Dkt. 9) and "Addendum to CSN. C10-5850" (Dkt. 10).  The

21   Court has reviewed these pleadings and the remaining record.

22          On January 10, 2011, the Report and Recommendation (Dkt. 4) was adopted and this

23   case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(A).  Dkt. 7.  Plaintiff filed the two instant

24   pleadings on January 14, 2011.  Dkts. 9 and 10.

25

26

ORDER - 1

To the extent that Plaintiff intends these pleadings to be Motions for Reconsideration, they should be denied. Western District of Washington Local R. Civ. P. 7(h) provides in relevant part:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Plaintiff fails to show a manifest error in the prior ruling. He did not make a showing of new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Plaintiff's arguments are addressed in the Report and Recommendation, and Order Adopting Report and Recommendation, and are without merit.

Accordingly, it is hereby **ORDERED**:

1) Plaintiff's January 14, 2011, pleadings entitled "Good Faith Notice of Request for (SCC) Res. Acct. Balance Info." (Dkt. 9) and "Addendum to CSN. C10-5850" (Dkt. 10), construed here as motions for reconsideration, are **DENIED**.

2) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. J. Richard Creatura.

**DATED** this 20th day of January, 2011.


ROBERT J. BRYAN
United States District Judge

ORDER - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 3